**Peter I. Hwang, Esq.  SBN 170089**
**Law Offices of David Y. Kim**
**3550 Wilshire Blvd., Ste. 640**
**Los Angeles, California 90010**
**Tel:   (213) 384-8602**
**Fax:  (213) 385-4825**
**phwang@davidkimlaw.com**

**Attorney for Plaintiff**

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYUNG TAEK KIM, AN INDIVIDUAL,**<br><br>                    Plaintiff.<br><br>v.<br><br>**KATHY A. BARAN, DIRECTOR OF THE CALIFORNIA SERVICE CENTER, U.S. CITIZENSHIP & IMMIGRATION SERVICES,**<br><br>                    Defendant. | Case No.: SACV 13-1752 AG (RNBx)<br><br>**PLAINTIFF'S NOTICE OF CROSS MOTION AND CROSS MOTION FOR SUMMARY JUDGMENT; [PROPOSED] STATEMENT OF UNCONTROVERTED FACTS AND CONCLUSIONS OF LAW; AND MEMORANDUM OF POINTS AND AUTHORITIES [All Filed Concurrently]**<br><br>**(Proposed Judgment to be Filed with Plaintiff's Opposition)**<br><br>**Before the Honorable Judge Andrew J. Guilford, U.S. District Court Judge**<br><br>**MOTION DUE DATE:   May 09, 2014**<br>**COURTROOM:              10D (SA)** |

TO DEFENDANT AND DEFENDANT'S COUNSEL OF RECORD:

Please take notice that on May 09, 2014 in Courtroom 10D of the above-entitled Court, located at United States Courthouse, 411 West Fourth Street, Santa

Ana, California 92701-4516, Plaintiff, Kyung Taek Kim ("Plaintiff"), will and hereby does move this Court for summary judgment of the action brought against Defendant, Kathy A. Baran ("Defendant") on the ground that there are no genuine issues as to any material fact(s) and that Plaintiff is entitled to judgment as a matter of law for the reasons set forth in Plaintiff's Cross Motion for Summary Judgment ("Motion") and accompanying Memorandum of Points and Authorities.

      This Motion is made pursuant to United States Federal Rules of Civil Procedure, Rule 56 and made following the conference of counsel pursuant to United States District Court, Central District of California Local Rule 7-3, which took place on February 10, 2014.

      This Motion is based upon this Notice of Motion and Motion, accompanying Memorandum of Points and Authorities, all pleadings and papers on file in this matter, and upon such other matters as may be presented to this Court at the time of the hearing.

DATED: May 09, 2014

                                            Respectfully submitted,

                                   By    <u>/s/ Peter I. Hwang, Esq.</u>
                                                 Peter I. Hwang, Esq.
                                                 Attorney for Plaintiff

# CERTIFICATE OF SERVICE

CASE NO. SACV 13-1752 AG (RNBx)

I certify that on May 09, 2014, I served a copy of the foregoing on the attorney of record below by filing this document with the Clerk of Court through the CM/ECF system, which will provide electronic notice and an electronic link to the attorney below:

**Sarah Wilson**

sarah.s.wilson@usdoj.gov

DATED:  May 09, 2014

                              Respectfully submitted,

                              By     /s/ Peter I. Hwang, Esq.
                                      Peter I. Hwang, Esq.
                                      Attorney for Plaintiff