JS - 6

# UNITED STATES DISTRICT COURT
# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYUNG TAEK KIM,** | CASE NO. SACV 13-1752 AG (RNBx) |
| **Plaintiff,** | JUDGMENT |
| v. | |
| **KATHY A. BARAN,** | |
| **Defendant.** | |

Judgment is entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

DATED: August 13, 2014

                                                                                       _____
                                                                                       Andrew J. Guilford
                                                                        United States District Judge