UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KYUNG TAEK KIM,** | CASE NO. SACV 13-1752 AG (RNBx) |
| Plaintiff, | JUDGMENT |
| v. | |
| **KATHY A. BARAN,** | |
| Defendant. | |

Judgment is entered in favor of Defendant and against Plaintiff.

IT IS SO ORDERED.

DATED: August 19, 2014

_____
Andrew J. Guilford
United States District Judge